United States Courts
Southern District of Texas
FILED

MAY 17 2018

David J. Bradley
Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER |
| JESUS BELTRAN | § § | **V-18-36** |

## NOTICE OF RELATED CASE

COMES NOW the United States of America through Abe Martinez, Acting United States Attorney in and for the Southern District of Texas, and files the following NOTICE OF RELATED CASE:

The following case is related to the instant case:

| | |
|---|---|
| Case: | United States v. JESUS BELTRAN, ETAL |
| Number: | V-16-59 |
| District Judge: | John D. Rainey |
| Status: | Defendants pending sentencing. |

These cases are the product of an investigation by agents from the United States Marshals Service.

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: _____
PATTI HUBERT BOOTH
Assistant United States Attorney