United States District Court
Southern District of Texas
**ENTERED**
January 22, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Criminal No. 6:18−cr−00036 |
| § | |
| Jesus Beltran § | |

## ORDER APPOINTING COUNSEL

Because the Defendant, Jesus Beltran, has satisfied this court that (s)he is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent this person in the above designated case.

**Attorney appointed: Uriel A. Guajardo**

The appointment **SHALL** remain in effect until terminated or a substitute attorney is appointed or makes an appearance herein on behalf of the Defendant.

Signed on January 22, 2025.

_____
Juan F. Alanis
United States Magistrate Judge